**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 18-2272**

———————

GORDON FOSTER LAWSON,

Plaintiff - Appellant,

v.

MERSCORP HOLDINGS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK AKTIENGESELLSCHAFT; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4; BANK OF AMERICA, N.A.,

Defendants - Appellees,

and

IMPAC FUNDING CORPORATION; KIMBERLY DAWSON, c/o Bank of America, N.A. of BAC GP, LLC & Bac Home Loans Servicing, LP; KERI SELMAN, c/o Bank of America, N.A. of BAC GP, LLC & Bac Home Loans Servicing, LP; STERN LAVINTHAL & FRANKENBERG, LLC, f/k/a Stern, Lavinthal, Frankenberg & Norgaard, LLC; FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP,

Defendants.

———————

**No. 18-2393**

———————

GORDON FOSTER LAWSON,

Plaintiff - Appellant,

v.

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP,

Defendant - Appellee,

and

MERSCORP HOLDINGS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK AKTIENGESELLSCHAFT; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; IMPAC FUNDING CORPORATION; IMPAC SECURED ASSETS CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4; BANK OF AMERICA, N.A.; KIMBERLY DAWSON, c/o Bank of America, N.A. of BAC GP, LLC & Bac Home Loans Servicing, LP; KERI SELMAN, c/o Bank of America, N.A. of BAC GP, LLC & Bac Home Loans Servicing, LP; STERN LAVINTHAL & FRANKENBERG, LLC, f/k/a Stern, Lavinthal, Frankenberg & Norgaard, LLC,

Defendants.

---

**No. 18-2434**

---

GORDON FOSTER LAWSON,

Plaintiff - Appellant,

v.

IMPAC FUNDING CORPORATION,

Defendant - Appellee,

and

MERSCORP HOLDINGS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK AKTIENGESELLSCHAFT; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee; IMPAC SECURED ASSETS CORPORATION,

2

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4; BANK OF AMERICA, N.A.; KIMBERLY DAWSON, c/o Bank of America, N.A. of BAC GP, LLC & Bac Home Loans Servicing, LP; KERI SELMAN, c/o Bank of America, N.A. of BAC GP, LLC & Bac Home Loans Servicing, LP; STERN LAVINTHAL & FRANKENBERG, LLC, f/k/a Stern, Lavinthal, Frankenberg & Norgaard, LLC; FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP,

Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cv-00640-LO-IDD)

---

Submitted: January 17, 2019                    Decided: January 22, 2019

---

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Gordon Foster Lawson, Appellant Pro Se. Brian Allen Calub, MCGUIREWOODS, LLP, Charlotte, North Carolina; Michael Earl Barnsback, O'HAGAN MEYER PLLC, Alexandria, Virginia; Steven Fredley, HARRIS, WILTSHIRE & GRANNIS LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gordon Foster Lawson seeks to appeal the district court's orders dismissing 8 of the 11 defendants in his action for civil damages. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders that Lawson seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
